MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 16, 2022

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| ARCADIO SOLANO | |
|---|---|
| *Plaintiff*, | |
| -v- | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| WKT GROUP II INC. (DBA Margot Patisserie) JOBIE YU and WAI TSUI. | |

**NOW, THEREFORE**, Plaintiff, Arcadio Solano hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 22, 2022          STILLMAN LEGAL, P.C.

_____

Attorneys for Plaintiff,

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dec. 16, 2022

-1-

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE;